NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**XEROX CORP.,**
*Appellant*

**v.**

**META PLATFORMS, INC., FKA FACEBOOK, INC.,**
*Appellee*

_____

2023-1969

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01461.

_____

Decided:  April 17, 2025

_____

KEVIN L. BURGESS, McKool Smith, P.C., Marshall, TX, for appellant.  Also represented by ALEXANDRA FIGARI EASLEY, DAVID SOCHIA, Dallas, TX; JAMES ELROY QUIGLEY, Austin, TX.

HEIDI LYN KEEFE, Cooley LLP, Palo Alto, CA, for appellee.  Also represented by ANDREW CARTER MACE, MARK R. WEINSTEIN; PHILLIP EDWARD MORTON, Washington, DC.

_____

2                    XEROX CORP. v. META PLATFORMS, INC.

Before MOORE, *Chief Judge*, PROST and STARK, *Circuit Judges*.

MOORE, *Chief Judge*.

Xerox Corporation (Xerox) appeals a final written decision of the Patent Trial and Appeal Board (Board) holding claims 1–5, 7–11, 13–17, 19, and 20 of U.S. Patent No. 9,208,439 unpatentable. Because we affirm the Board's decision holding all claims of the '439 patent unpatentable as obvious in *Xerox Corporation v. Snap, Inc.*, No. 2023-1967 (Fed. Cir. April 17, 2025), we dismiss this appeal as moot.

## DISMISSED

### COSTS

No costs.